AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| LESTER BAEZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  **26-cv-22574-Williams** |
| | ) | |
| BBG SERVICE GROUP INC, MARCOS BRITO | ) | |
| GARCIA, and JORGE BELLO | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BBG SERVICE GROUP INC
c/o JORGE BELLO
1144 E MOWRY DR
APT 101
HOMESTEAD, FL 33030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  R. Martin Saenz, Esquire
THE SAENZ LAW FIRM, P.A.
20900 NE 30 th Avenue, Ste. 200-23
Aventura, Florida 33180
Telephone: (305) 482-1475

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  **Apr 14, 2026**

*s/ C. A. Weech*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| LESTER BAEZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.    26-cv-22574-Williams |
| | ) | |
| BBG SERVICE GROUP INC, MARCOS BRITO GARCIA, and JORGE BELLO | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  MARCOS BRITO GARCIA

876 GARDENIA DR
ROYAL PALM BEACH, FL 33411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Martin Saenz, Esquire
THE SAENZ LAW FIRM, P.A.
20900 NE 30 th Avenue, Ste. 200-23
Aventura, Florida 33180
Telephone: (305) 482-1475

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Apr 14, 2026

_s/ C. A. Weech_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| LESTER BAEZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.    26-cv-22574-Williams |
| | ) | |
| BBG SERVICE GROUP INC, MARCOS BRITO | ) | |
| GARCIA, and JORGE BELLO | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JORGE BELLO

> 1144 E MOWRY DR
> APT 101
> HOMESTEAD, FL 33030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    R. Martin Saenz, Esquire
THE SAENZ LAW FIRM, P.A.
20900 NE 30 th Avenue, Ste. 200-23
Aventura, Florida 33180
Telephone: (305) 482-1475

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Apr 14, 2026

Angela E. Noble
Clerk of Court

*s/ C. A. Weech*

Deputy Clerk
U.S. District Courts